IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DISTRICT

UNITED STATES OF AMERICA                                PLAINTIFF/RESPONDENT

v.           Civil No.      2:09-CV-02041-RTD
             Criminal No.   2:07-CR-20045-RTD

JASON L. FREEMAN                                        DEFENDANT/MOVANT

**O R D E R**

Movant, a federal prisoner presently housed at the Federal Correction Center-Medium, P.O. Box 3000, Forrest City, Arkansas, has filed a Motion Under 28 U.S.C. Section 2255 for review by this court (Doc. 20). Having reviewed the motion, Respondent is ordered to file a response within thirty (30) days from the date of this order.

IT IS SO ORDERED this April 13, 2009.

/s/ J. Marschewski
James R. Marschewski
United States Magistrate Judge