IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

    v.                          Civil No. 09-2041
                            Crim. No. 07-20045

JASON L. FREEMAN                                DEFENDANT/PETITIONER

### **ORDER**

Now on this 27th day of May 2009, there comes on for consideration the report and recommendation filed herein on May 4, 2009, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 25). Also before the Court are Petitioner's Objections (Doc. 29).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion (Doc. 20) is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                           /s/ Robert T. Dawson
                                           Honorable Robert T. Dawson
                                           United States District Judge

**AO72A**
**(Rev. 8/82)**